# United States District Court
## Northern District of Illinois – CM/ECF NextGen 1.6.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:22–cv–05082

| | |
|---|---|
| Conlisk et al v. Zillow Group, Inc. | Date Filed: 09/19/2022 |
| Assigned to: Honorable John F. Kness | Date Terminated: 11/22/2022 |
| Demand: $75,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Mark Conlisk**
*individually and on behalf of all others similarly situated*

represented by **Gary M. Klinger**
Milberg Coleman Bryson Phillips Grossman PLLC
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
866–252–0878
Email: gklinger@milberg.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Dekhtyar**
*individually and on behalf of all others similarly situated*

represented by **Gary M. Klinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zillow Group, Inc.**

represented by **David T Cellitti**
Buchanan Ingersoll & Rooney PC
401 E. Jackson Street, Suite 2400
Tempa, FL 33602–5236
(813) 222–1137
Email: david.cellitti@bipc.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2022 | 1 | COMPLAINT – *Class Action* filed by Mark Conlisk, Michael Dekhtyar; Jury Demand. Filing fee $ 402, receipt number AILNDC–19853896. (Attachments: # 1 Civil Cover Sheet)(Klinger, Gary) (Entered: 09/19/2022) |
| 09/19/2022 | | CASE ASSIGNED to the Honorable John F. Kness. Designated as Magistrate Judge the Honorable Sheila M. Finnegan. Case assignment: Random assignment. (mbh, ) (Entered: 09/19/2022) |
| 09/19/2022 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the |

| | | |
|---|---|---|
| | | entry of final judgment, and all post–trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (mbh, ) (Entered: 09/19/2022) |
| 09/19/2022 | Ï | SUMMONS Issued as to Defendant Zillow Group, Inc. (jk2, ) (Entered: 09/19/2022) |
| 10/11/2022 | Ï 2 | ATTORNEY Appearance for Defendant Zillow Group, Inc. by David T Cellitti (Cellitti, David) (Entered: 10/11/2022) |
| 10/11/2022 | Ï 3 | MOTION by Defendant Zillow Group, Inc. for extension of time to file answer *move or otherwise respond to Plaintiffs' Complaint* (Cellitti, David) (Entered: 10/11/2022) |
| 10/12/2022 | Ï 4 | MINUTE entry before the Honorable John F. Kness: Defendant's Motion for extension of time to answer 3 is granted. Defendant must answer on otherwise plead to Plaintiff's complaint on or before 12/12/2022. Status hearing set for 12/21/2022 at 09:30 AM. Consistent with Rule 26(f) of the Federal Rules of Civil Procedure, the parties are directed to meet and conduct a planning conference in advance of the initial status hearing. No later than seven days before the status hearing, the parties shall jointly complete and file on the docket a report that provides the information required by the Court's model Joint Initial Status Report, which can be found at https://www.ilnd.uscourts.gov/judge–info.aspx?Iu9/vqz23r5X7AkWx/nLtg== (see link entitled "Joint Initial Status Report"). If all Defendants have not yet been served or have not yet responded to requests to draft the required Joint Initial Status Report, Plaintiff must file the report on its own and must inform the Court of that circumstance. The parties are to use the following call–in number: 888–684–8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice (ef, ) (Entered: 10/12/2022) |
| 10/20/2022 | Ï 5 | NOTICE by Zillow Group, Inc. *of Filing Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings* (Attachments: # 1 Exhibit A: Motion to Transfer)(Cellitti, David) (Entered: 10/20/2022) |
| 10/21/2022 | Ï 6 | SUMMONS Returned Executed by Mark Conlisk, Michael Dekhtyar as to Zillow Group, Inc. on 9/21/2022, answer due 10/12/2022. (Klinger, Gary) (Entered: 10/21/2022) |
| 10/25/2022 | Ï 7 | MOTION to transfer actions pursuant to 28 U.S.C. 1407 for coordinated or consolidated pretrial proceedings by Zillow Group, Inc. (Attachments: # 1 Exhibit Zillow Group, Inc's brief in support of motion to transfer actions pursuant to 28 U.S.C. 1407 for coordinated or consolidated pretrial proceedings, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7) (jn, ) (Entered: 10/25/2022) |
| 10/26/2022 | Ï 8 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Zillow Group, Inc. (Cellitti, David) (Entered: 10/26/2022) |
| 11/04/2022 | Ï 9 | MOTION by Defendant Zillow Group, Inc. to stay *Agreed Motion to Stay the Action Pending Likely Transfer by the Judicial Panel on Multidistrict Litigation* (Cellitti, David) (Entered: 11/04/2022) |
| 11/09/2022 | Ï 10 | MINUTE entry before the Honorable John F. Kness: Defendant's Agreed Motion to stay 9 is granted. Case stayed until further order of Court. The status report deadline and initial status hearing are stricken. If needed, a new status date will be set by separate order. Mailed notice (ef, ) (Entered: 11/09/2022) |
| 11/15/2022 | Ï 11 | ORDER DEEMING MOTION WITHDRAWN: Before the Panel is a motion by defendant Zillow Group, Inc. filed pursuant to 28 U.S.C. § 1407. In its motion, defendant seeks centralization of the actions on the attached schedule in the United States District Court for the Western District of |

| | | |
|---|---|---|
| | | Washington for coordinated or consolidated pretrial proceedings. Movant now seeks to withdraw his Section 1407 motion. No responding party has opposed the withdrawal. IT IS THEREFORE ORDERED that defendant's motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN. (ph, ) (Entered: 11/16/2022) |
| 11/18/2022 | 12 | MOTION by Defendant Zillow Group, Inc. to transfer case *[Joint Motion to Transfer Action Pursuant to 28 U.S.C. § 1404(a)]* (Cellitti, David) (Entered: 11/18/2022) |
| 11/22/2022 | 13 | MINUTE entry before the Honorable John F. Kness: For the reasons stated in the motion, the parties' joint motion to transfer 12 is granted. Accordingly, this case is transferred *forthwith*, to the U.S. District Court, Western District of Washington. All pending hearing dates and motions are stricken. Civil case terminated. Mailed notice (ef, ) (Entered: 11/22/2022) |
| 11/22/2022 | 14 | TRANSFERRED to the Western District of Washington the electronic record. (gcy, ) (Entered: 11/22/2022) |